## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DP CREATIONS LLC, NEVIN PRATT AND DENISE PRATT,<br><br>                    Plaintiffs,<br><br>v.<br><br>STEPHANIE ORTIZ<br>dba nlovewithreborns2011 and<br>JACKIE ORTIZ<br>dba heart2heartbabies,<br><br>                    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MOTIONS FOR EMAIL FILING AND NOTIFICATION<br><br>Case No. 2:19-cv-00948-HCN DBP<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Dustin B. Pead |

Before the court are two motions filed by Pro Se Defendants Stephanie Ortiz and Jackie Ortiz. Both Defendants request under Local Rule 5-1(b) that they be permitted to email documents to the clerk's office for filing and to receive electronic notification of case activity. (ECF No. 43, ECF No. 44.) Both Defendants have used the court's form to request email filing and notification found on the court's website here. Both Defendants have also represented to the court that they understand the requirements as set forth in the Local Rule.

Accordingly, the court HEREBY GRANTS both motions. Defendants are instructed to maintain a current operative email on file with the court and follow the requirements of Rule 5-1(b).

IT IS SO ORDERED.

DATED this 1 June 2020.

_____
Dustin B. Pead
United States Magistrate Judge